IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 04-cr-00433-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MARIBEL GARCIA,

     Defendant.

_____

**ORDER**
_____

     The court construes defendant's Notice of Disposition as a motion to change his

plea and to have the court consider the terms of the parties' plea agreement.  Pursuant

to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending

determination of those matters.  The status hearing on February 2, 2006, is converted

to a change of plea hearing.

     DATED at Denver, Colorado, on January 24, 2006.

                       BY THE COURT:


                       s/ Walker D. Miller
                       United States District Judge